IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-HC-2237-M-RJ

EDWIN L. VAUGHN, )
)
          Petitioner, )
)
    v. )          ORDER
)
UNKNOWN, )
)
          Respondent. )

Petitioner, a state inmate proceeding pro se, filed this action pursuant to 28 U.S.C. § 2254. On November 18, 2025, the court: 1) directed petitioner to re-file his complaint on the forms prescribed for use by the court, and to either apply to proceed without prepayment of fees or pay the filing fee; and 2) warned petitioner that failure to correct these deficiencies within 21 days may result in the dismissal of the action without prejudice for failure to prosecute. [D.E. 6]. Petitioner has yet to correct the deficiencies.

Because petitioner failed to comply with the court's November 18 order and the time to do so has passed, the court DISMISSES WITHOUT PREJUDICE this action for failure to prosecute and respond to court order. A certificate of appealability is DENIED. The court DIRECTS the clerk to close this case.

SO ORDERED, this 24th day of June 2026.

Richard E Myers II
RICHARD E. MYERS II
Chief United States District Judge